UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ANTHONY E. ELLO and EVELYN ELLO,
Plaintiffs,

v.

SEVEN PEAKS MARKETING CHICAGO, LLC,
Defendant.

CAUSE NO.: 2:14-CV-299-TLS

SEVEN PEAKS MARKETING CHICAGO, LLC,
Counter-Claimant,

v.

ANTHONY E. ELLO and EVELYN ELLO,
Counter-Defendants

## SPECIAL INTERROGATORY

We, the Jury, present our Answer to the Question below, to which we have unanimously agreed:

**Question No. 1:**   Did the parties enter into a valid contract?

(Yes)          No

Date: 9/23/19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANTHONY E. ELLO and EVELYN ELLO,<br>Plaintiffs,<br><br>v.<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Defendant.<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Counter-Claimant,<br><br>v.<br><br>ANTHONY E. ELLO and EVELYN ELLO,<br>Counter-Defendants | CAUSE NO.: 2:14-CV-299-TLS |

## VERDICT FORM A

On the breach of contract claim brought by Plaintiffs, Anthony E. Ello and Evelyn Ello, We the Jury (check **EITHER** (1) or (2)):

____✓____ (1) find for the Plaintiffs, Anthony E. Ello and Evelyn Ello, and against the Defendant, Seven Peaks Marketing Chicago, LLC, and assess the Plaintiffs' damages in the sum of $ 454,250 .

_____ (2) find for the Defendant, Seven Peaks Marketing Chicago, LLC, and against Plaintiffs, Anthony E. Ello and Evelyn Ello, and the Plaintiffs take nothing by way of their Complaint.

Date: 9/23/19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANTHONY E. ELLO and EVELYN ELLO,<br>Plaintiffs,<br><br>v.<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Defendant.<br><br>───────────────────────────<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Counter-Claimant,<br><br>v.<br><br>ANTHONY E. ELLO and EVELYN ELLO,<br>Counter-Defendants | CAUSE NO.: 2:14-CV-299-TLS |

## VERDICT FORM B

On the counter claims for breach of contract and breach of implied covenant of good faith and fair dealing brought by the Defendant, Seven Peaks Marketing Chicago, LLC, We the Jury (check **EITHER** (1) or (2)):

_____  (1) find for the Defendant, Seven Peaks Marketing Chicago, LLC, and against the Plaintiffs, Anthony E. Ello and Evelyn Ello, and assess Defendant's damages in the sum of $_____.

✓  (2) find for the Plaintiffs, Anthony E. Ello and Evelyn Ello, and against the Defendant, Seven Peaks Marketing Chicago, LLC, and Defendant takes nothing by way of these counter claims.

Date: 9/23/19          FOREPERSON ████████████

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANTHONY E. ELLO and EVELYN ELLO,<br>Plaintiffs,<br><br>v.<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Defendant.<br><br>―――――――――――――――<br><br>SEVEN PEAKS MARKETING CHICAGO, LLC,<br>Counter-Claimant,<br><br>v.<br><br>ANTHONY E. ELLO and EVELYN ELLO,<br>Counter-Defendants | CAUSE NO.: 2:14-CV-299-TLS |

## VERDICT FORM C

On the counter claim for unjust enrichment brought by the Defendant, Seven Peaks Marketing Chicago, LLC, We the Jury (check **EITHER** (1) or (2)):

_____    (1) find for the Defendant, Seven Peaks Marketing Chicago, LLC, and against the Plaintiffs, Anthony E. Ello and Evelyn Ello, and assess the Defendant's damages in the sum of $_____.

_____    (2) find for the Plaintiffs, Anthony E. Ello and Evelyn Ello, and against the Defendant, Seven Peaks Marketing Chicago, LLC, and Defendant takes nothing by way of this counter claim.

Date:_____        FOREPERSON_____